U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUN 29 P 3: 09

CLERK OF COURT

Emon V. Hollins,

Plaintiff,

v.

Amazon, LLC,

AM Caia, AM Yeager,

John Doe, and Jane Doe.

Case No.

**26-C 1151**

**Jurisdiction**:

1. This court has jurisdiction under federal law because this action arises under **42 U.S.C. § 12101** et seq.

**Parties**:

2. Emon V. Hollins is the Plaintiff in this case, and was employed by Amazon, LLC, at 11211 Burlington Road, Kenosha, Wisconsin 53144, during all events that took place in this complaint. Hollins resides at 9047 North 75th Street, unit H, Milwaukee, Wi, 53223.

3. AM Caia, AM Yeager, John Doe, and Jane Doe were all employed by Amazon, LLC, at 11211 Burlington Road, Kenosha, Wisconsin 53144, during all events that took place in this complaint. Their personal addresses are unknown to the plaintiff at this time.

**Facts**:

4. In June of 2025, Hollins was hired by Amazon, LLC.

1

5.   In August of 2025, Hollins sustained a nerve damage injury to his right thigh on the job at Amazon after a big box fell on his thigh.

6.   It should be known that Hollins informed Jonn Doe that he was not trained to work big box prior to him sustaining his injury.

7.   Hollins reported his thigh injury to AMcare at his job as soon as it occurred.

8.   Due to Hollins thigh injury he has a disability within the means of the ADA. The Defendant's knew about Hollins disability and still began to harass, discriminate, and retaliate against him.

9.   The Defendant's failed to scan and fulfill Hollins accommodations. Which included retaliation acts that prohibit Hollins receiving treatment that his accommodations required.

10.   On October 15, 2025. Hollins complained about John Doe discrimination toHuman Resources aka (HR), and that very same day Doe retaliated against Hollins by writing him up for making inappropriate statements.

11.   Defendant's treated similarly situated employees without disabilities more favorably as well.

12.   Due to the Defendant's discrimination, retaliation, and defamation Hollins suffered loss wages, emotional distress, and any other award the law and court feels Hollins may have suffered as a Pro Se litigant.

**Count I - ADA Discrimination:**

**Accommodation Denial, Discrimination, & Retaliation Claim #1:**

13. In August of 2025, Hollins began to submit his medical documents to Amcare pertaining to his injury, accommodations, and restrictions. However, John Doe was not scanning any of Hollins medical documents in the Amazon system. Which made it seem as if Hollins was not being truthful about his injury and accommodations.

14. In August and September of 2025, John Doe and Jane Doe failed to provide Hollins with a reasonable accommodation by denying his lite duty accommodation despite his doctor prescribing him lite duty for his right thigh nerve damage he received on duty.

15. The Doe Defendant's also retaliated against Hollins because he engaged in protected activity by requesting an accommodation; which he received. Only for the Defendant's to not honor Hollins lite duty restriction in full; and by making him work in pain.

16. Out of fear of being fired or receiving more retaliatory acts Hollins agreed to work outside his accommodations in pain.

**Accommodation Denial & Retaliation Claim #2:**

17. In September or October of 2025, John Doe failed to provide Hollins with a reasonable accommodation by refusing to allow him to work an extra hour like he had been doing for weeks, and was already approved by a supervisor fpr that day in

3

question. Doe told Hollins that due to his injury accommodation he would no longer be allowed to work an extra hour. Which is discrimination under the **ADA**.

18.     The Doe Defendant's also retaliated against Hollins by refusing to allow him to work an extra hour like he had been doing for weeks, and was already approved by a supervisor. Which was done because Hollins engaged in protected activities such as requesting his accommodation, reporting discrimination to HR, receiving an accommodation from his doctor, and exercising his accommodations

19.     This retaliation caused Hollins emotional distress and loss of wages.

**Accommodation Denial, Discrimination, & Retaliation Claim #3**:

20.     On October 2, 2025, AM Yeager defamed Hollins in retaliation by writing a false documented coaching report alleging Hollins had 55 minutes of inactive work time. Which was done in retaliation because Hollins engaged in protected activities such as requesting his accommodation, reporting retaliation & discrimination to HR, receiving an accommodation from his doctor, and exercising his accommodations.

21.     Hollins did not go an entire 55 minutes without working. Yeager purposefully defamed Hollins with false allegations in retaliation due to Hollins disability he received after getting injured on the job. Thus, this defamation claim should be heard and prosecuted.

22.     This retaliation caused Hollins emotional distress and loss of wages because this one of many retaliatory write ups is what allowed Amazon to terminate Hollins due to too many write ups. In fact, that seemed to be most of the Managers

4

mission; which is shown in the illegal acts they continued to inflict upon Hollins with their constant harassment, retaliation, discrimination, and provoking actions.

**Accommodation Denial, Discrimination, & Retaliation Claim #4**:

24. Hollins boots were causing blisters on his toes, so he stop wearing them and began to work with AmCare to get new boots. All of which Hollins explained to Doe; yet he still wrote Hollins up. Which is proof that there was retaliation motive behind it because Hollins was wearing the shoe covers Amazon provides; and Hollins excuse was a reasonable excuse to avaid Doe writing him up.

25. Many employees wear the covers Amazon provides and never get wrote up for it. Thus, Doe clearly was discriminationg against Hollins; and was retaliating against him as well because he engaged in protected activities such as requesting his accommodations, reporting retaliation & discrimination to HR, receiving an accommodation from his doctor, and exercising his accommodations.

**Accommodation Denial, Discrimination, & Retaliation Claim #5**:

26. On October 12, 2026, Am Caia defamed Hollins in retaliation by alleging that Hollins had 46 minutes of inactivity. Which was done after she confronted Hollins about 36 minutes of inactive work time.

5

23. On October 5, 2025, John Doe discriminated against Hollins due to his disability he sustained on duty, and retaliated against me as well by writing me up for not wearing safety boots. Despite me wearing steel toe covers Amazon provides its employees when they need an alternative until they get their regular work shoes figured out and established.

27. Hollins told Caia to ask AM Ethan about his inactive time because he told Ethan his stomach was messed and that he needed extra time in the bathroom. Which Ethan approved of; Hollins even checked in with Ethan after he finished using the bathroom. Caia asked Ethan about it, and once he vouched for my story Caia added more time to her defamation and wrote it up maliciously.

28. Caia defamed Hollins in retaliation by writing a false documented coaching report alleging Hollins had 46 minutes of inactive work time. Which was done in retaliation because Hollins engaged in protected activities such as requesting his accommodations, reporting retaliation & discrimination to HR, receiving an accommodation from his doctor, and exercising his accommodations.

29. This retaliation caused Hollins emotional distress and loss of wages because this one of many retaliatory write ups is what allowed Amazon to terminate Hollins due to too many write ups. In fact, that seemed to be most of the Managers mission; which is shown in the illegal acts they continued to inflict upon Hollins with their constant harassment, retaliation, discrimination, and provoking actions.

**Accommodation Denial, Discrimination, Defamation, & Retaliation Claim #6:**

6

30. On October 15, 2025, John Doe discriminated against Hollins, and retaliated against him as well by denying him treatment for his thigh nerve damage after he used the bathroom for 10 minutes due to Gastritis he was diagnosed with.

31. Doe told Hollins you only get 15 minutes in Amcare for treatment, and offered him 5 minutes of treatment. Hollins became upset by this and told Doe he would be reporting this to HR and did just that. After Hollins made a complaint to HR, Doe wrote Hollins up for making inappropriate statements.

32. It should be known that during this event; HR told Hollins that none of his documents and accommodations was ever scanned in the system. HR confronted Hollins as if he was being dishonest until he showed HR all the forms in his phone.

33. Doe discriminated against Hollins due to his disability he sustained on the job, and he also retaliated against Hollins by writing him up for inappropriate statements. Which was done in retaliation because Hollins engaged in protected activities such as writing Doe up, requesting his accommodations, reporting retaliation & discrimination to HR, receiving an accommodation from his doctor, and exercising his accommodations.

34. This discrimination, defamation, and retaliation caused Hollins emotional distress and loss of wages because this one of many retaliatory write ups is what allowed Amazon to terminate Hollins due to too many write ups. In fact, that seemed to be most of the Managers mission; which is shown in the illegal acts they continued to inflict upon Hollins with their constant harassment, retaliation, discrimination, and provoking actions.

7

**Accommodation Denial, Discrimination, & Retaliation Claim #7**:

35. In November of 2025, Hollins was discriminated against, and defamed by John Doe and/or Jane Doe in retaliation by them claiming Hollins was drunk on the job. Which resulted in Hollins being approached by multiple staff members, being told he was suspected of being drunk, being threatened to be fired if he did not cooperate with a drug test even after he agreed to do a test, and was embarrassly escorted to a secluded area to perform a test.

36. Hollins pass the test and requested the supervisor's name that falsely accused him of being drunk. But was denied the name of the supervisor that defamed him by John Doe.

37. The Doe defendant defamed Hollins in retaliation because Hollins engaged in protected activities such as requesting his accommodations, reporting retaliation & discrimination to HR, receiving an accommodation from his doctor, and exercising his accommodations.

38. This discrimination, defamation, and retaliation caused Hollins emotional distress and loss of wages because this one of many retaliatory write ups is what allowed Amazon to terminate Hollins due to too many write ups. In fact, that seemed to be most of the Managers mission; which is shown in the illegal acts they continued to inflict upon Hollins with their constant harassment, retaliation, discrimination, and provoking actions.

**Accommodation Denial, Discrimination, & Retaliation Claim #8**:

8

39. In December of 2025, Hollins pulled a muscle in his right rib cage while wrapping pallets on duty. He reported his injury to Management and Amcare; only to be questioned by both John Doe's as if he was lying.

40. Neither John Doe was empathetic to Hollins injury and pain he was experiencing. Nor did they show concern or treat his injury. Instead, they continued to question Hollins suspiciously until he became so frustrated he left the room.

41. Both Doe Defendant's were clearly discriminating against Hollins; and was retaliating against him as well because he engaged in protected activities such as requesting his accommodations, reporting retaliation & discrimination to HR, receiving an accommodation from his doctor, and exercising his accommodations.

42. This discrimination and retaliation caused Hollins emotional distress, and the court should award him whatever it feels is fair and in the courts jurisdiction.

**Accommodation Denial, Discrimination, & Retaliation Claim #9**:

43. In December of 2025, after Hollins sustained a rib injury his doctor prescribed him lite duty. Only for Jane Doe to deny him working lite duty and allowing another employee to work lite duty.

44. Doe was discriminating against Hollins in retaliation because he engaged in protected activities such as requesting his accommodations, reporting retaliation & discrimination to HR, receiving an accommodation from his doctor, and exercising his accommodations.

9

45. This discrimination and retaliation caused Hollins emotional distress, and the court should award him whatever it feels is fair and in the courts jurisdiction.

**Accommodation Denial, Discrimination, & Retaliation Claim #10**:

46. In December of 2025, Jane Doe denied Hollins lite duty again, and when Hollins reported it to HR; she placed him in a cold area to work lite duty.

47. Doe was discriminating against Hollins in retaliation because he engaged in protected activities such as requesting his accommodations, reporting retaliation & discrimination to HR, receiving an accommodation from his doctor, and exercising his accommodations.

48. This discrimination and retaliation caused Hollins emotional distress, and the court should award him whatever it feels is fair and in the courts jurisdiction.

**Accommodation Denial, Discrimination, & Retaliation Claim #11**:

49. In December of 2025, John Doe denied me access to use the Amcare bathroom, but let other employees use the bathroom. Which actually started after the October incident where Doe refused Hollins treatment because he spent 10 minutes in Amcares bathroom due to a stomach illness he was diagnosed with.

50. Doe was discriminating against Hollins in retaliation because he engaged in protected activities such as requesting his accommodations, reporting retaliation & discrimination to HR, receiving an accommodation from his doctor, and exercising his accommodations.This discrimination and retaliation caused Hollins emotional distress, and the court should award him whatever it feels is fair and in the courts jurisdiction.

10

**Discrimination/Retaliation Claim #12:**

51.    In January of 2026, Hollins was retaliated and discriminated against by John Doe and/or Jane Doe; when he never received an email to appeal his job termination.

52.    Doe was discriminating against Hollins in retaliation because he engaged in protected activities such as requesting his accommodations, reporting retaliation & discrimination to HR, receiving an accommodation from his doctor, and exercising his accommodations. This discrimination and retaliation caused Hollins emotional distress, and the court should award him whatever it feels is fair and in the courts jurisdiction.

**Conclusion**: Hollins was discriminated against, defamed, harassed, and retaliated against until he was fired. Thus, Hollins is asking the court to award Hollins $300,000.00. Plus loss wages, and he also requests this court award a $500,000.00 punitive damage award, and/or whatever the court feels is necessary and in the courts jurisdiction.

I, _Emon V. Hollins_____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the full filing fee and that I am entitled to the relief sought in the complaint.

_6-29-26_
Date

Emon V. Hollins

11